IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRENDA FARROW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-mc-0019 |
| | ) | |
| COMPREHENSIVE PAIN SPECIALISTS, | ) | Judge Sharp |
| REBECCA PIERCE, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The plaintiff in this action, Brenda Farrow, has filed a *pro se* complaint in this court (ECF No. 1). The plaintiff did not submit either the required $350.00 filing fee or an Application to Proceed in District Court Without Prepaying Fees or Costs. The court may not consider an action on the merits unless the initial pleading is accompanied by the filing fee or a properly supported application showing that the plaintiff is financially unable to pay the full filing fee in advance.

The Clerk is **DIRECTED** to mail the plaintiff a blank application to proceed without prepaying fees or costs. The plaintiff is **DIRECTED** to do one of the following within **30 days** of the date this order is docketed: (1) pay the $350.00 filing fee; **or** (2) submit her completed application to proceed without prepaying fees or costs.

The plaintiff is forewarned that if she does not comply with this order within the time frame specified, the court will dismiss the action for failure to prosecute and for failure to comply with the court's order.

It is so **ORDERED**.

Kevin H. Sharp
United States District Judge